Name:   Cory J. Bennett

Address: 6705 W Highway 290
         Ste 607 PMB #268
         Austin, TX 78735-8407

Phone Number: (512) 630-5607

Email Address:  csquaredbennett@gmail.com

Pro Se

FILED

2026 JUN 12  PM 4: 24

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| Cory J. Bennett | |
| --- | --- |
| **PLAINTIFF(S)** | CASE NUMBER 1:26 CV01601 RP |
| v. | |
| The University of Texas at Austin; Emily Hsiao; James G. Scott; Sally K. Ragsdale; Jay Bartroff; Kelli Bradley; Jeff Graves | **APPLICATION FOR PERMISSION TO FILE ELECTRONICALLY** |
| **DEFENDANT(S)** | |

As the ☒ Plaintiff ☐ Defendant    in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case.  I hereby affirm that:

1. I have reviewed the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at www.txwd.uscourts.gov.

2. I understand that once I register for e-filing, I will receive notices and documents in this instant case only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this case.

5. I have regular access to the technical requirements necessary to e-file successfully:

   *Check all that apply.*

   ☒ A Computer with internet access.

   ☒ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☐ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word-processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date:  June 11, 2026                     Signature: *Cory Bennett*