

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**501 West Fifth Street, Suite 1100**
**Austin, Texas  78701**

**PHILIP J. DEVLIN**
**CLERK OF COURT**

**ANNETTE FRENCH**
**CHIEF DEPUTY**

Pro Se Filer

RE: ECF Registration  in Federal Court Case

To whom it may concern,

The court has granted your motion for permission to file electronically.  If you have not already set up your filing permissions, please submit a Support Desk Ticket on our website:

www.TXWD.USCourts.gov

Once on the website, select the **CM/ECF** option on the blue bar at the top (third option from the right).  On the CM/ECF page, under the **General** section (first paragraph in the left column) please click on the blue hyperlink for the **Support Desk**:

### General

Please note that you may e-file **at any time**, but CM/ECF support (ECF Support Desk) is only offered Monday through Friday, 9:00 a.m. to 6:00 p.m. CST, excluding court holidays. No after hours support is available. **When relevant, please include the Case Number and the Judge's initials in the** *Subject:* **line of all e-mails to the court.**

The link will open an email window.  Please complete the email in order to submit the ticket requesting assistance with filing permissions.  Be sure to include your name and case number.

The ticket will be assigned and a representative from the help desk will contact you directly.  <u>Please note: the district clerk's office does not have the ability to set up electronic filing for you.  It must be processed through the Support Desk.</u>

Thank you for your prompt attention to this matter.

Sincerely,

Christian Rodriguez, Deputy Clerk